UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEINCART LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM INC; PIZZA PACK LLC,<br><br>Defendants. | CASE NO. 2:24-cv-01116-JHC<br><br>ORDER |

This matter comes before the Court on the order to show cause filed on January 22, 2025. Dkt. # 6.

Plaintiff filed the complaint over six months ago. Dkt. # 1. Plaintiff failed to timely serve the complaint. The Court ordered Plaintiff to show cause within 10 days of January 22 why this action should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4(m). Plaintiff failed to file anything within this time frame, and claims that the order was not delivered to him until 19 days after its mailing – from Seattle, Washington to Sheridan, Wyoming.

On February 18, 2025, Plaintiff filed "Plaintiff's Motion for Alternative Service and Validation of Prior Service." Dkt. # 7. Plaintiff cites Rules 4(e)(1) (which concerns following

ORDER - 1

state law for service) and 4(f)(3) (which concerns service on an individual within a foreign country by means not prohibited by international agreement) to support the request for "validation." *Id.* at 1.  But neither provision support the request.  Plaintiff cites Rule 4(f)(3) to request alternative service.  *Id.* at 2.  But provision does not support the request.

Plaintiff essentially says that service was delayed to provide an opportunity for an "amicable resolution." *Id.* at 1.  But that does not suspend the requirements of Rule 4(m).

Given the foregoing, the Court DENIES Plaintiff's motion and DISMISSES this matter without prejudice.

Dated this 11th day of March, 2025.

John H. Chun
United States District Judge

ORDER - 2