1

2

3

4

5

6                            UNITED STATES DISTRICT COURT
                             WESTERN DISTRICT OF WASHINGTON
7                                       AT SEATTLE

8    BEINCART LLC,                              CASE NO. 2:24-cv-01116-JHC

9                          Plaintiff,           ORDER

10          v.

11   AMAZON.COM INC; PIZZA PACK LLC,

12

13                         Defendants.

14

15          Before the Court is pro se Plaintiff's "Renewed Motion to Vacate Dismissal, Validate

16   Service, and Reconsider Relief Requested in the July 04, 2025 [Proposed] Order."  Dkt. # 13.

17          Preliminarily, the Court notes that Plaintiff indicates that the Court did not respond to the

18   filing at Dkt. # 12.  But that document was not filed as a motion.  It was filed as a "Response to

19   Court's Concerns."  Dkt. # 12 at 1.

20          If Plaintiff had filed that document as a motion, it would be construed as a motion for

21   reconsideration under LCR 7(h).  But then it would be untimely, as it was filed almost a month

22   after the order at issue.  Dkt. ## 11 & 12; *see* LCR 7(h)(2) (requiring filing within 14 days).  And

23   in any event, the document does not satisfy the requirements at LCR 7(h)(1), which provides that

24   motions for reconsideration are disfavored, and will ordinarily be denied "in the absence of a

ORDER - 1

showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence."

Given the foregoing, the Court DENIES the motion.  The Court will not consider any further motions to reconsider any of its decisions in this matter.  This case remains closed.

Dated this 17th day of December, 2025.

John H. Chun
United States District Judge